IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THE CLEVELAND SCHOOL DISTRICT                                      PLAINTIFF

V.                                                                 NO. 2:02CV65-B-B

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, AND
ST. PAUL FIRE & MARINE INSURANCE CO.                               DEFENDANTS

**ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that defendant National Union Fire Insurance Company's motion for summary judgment is **GRANTED**;

that defendant St. Paul Fire & Marine Insurance Company's motion for summary judgment is **GRANTED**;

that plaintiff Cleveland School District's motion for summary judgment is **DENIED**; and

this case is **closed**.

This, the 26th day of September, 2005.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**